UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-45-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Vs. | ) ORDER |
| **MAURICE MONTREAL HARRIS,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 59).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: December 14, 2021

Max O. Cogburn Jr.
United States District Judge