UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-45-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **MAURICE MONTREAL HARRIS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 63).

The Court will deny the motion. Defendant filed a previous motion for early termination, which this Court denied just three months ago. (Doc. No. 62). The Court explained in its prior motion that both the Government and Defendant's probation officer opposed Defendant's prior motion. The Court also noted that Defendant has served only two out of his four years of supervised release. The Court will deny Defendant's pending motion without prejudice, as Defendant has asserted nothing in this pending motion that alters the Court's prior decision, and the Court finds that the interests of justice do not support early release at this time.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 63), is **DENIED** without prejudice.

Signed: May 8, 2023

Max O. Cogburn Jr.
United States District Judge